IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAMBERT ADUMEKUEWE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0659 |
| | § | |
| SECURITAS USA INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff requests appointment of counsel. To appoint counsel under Title VII, this court must examine three factors: (1) the merits of the plaintiff's claims of discrimination; (2) plaintiff's efforts to obtain counsel; and (3) plaintiff's financial ability to retain counsel. *Gonzalez v. Carlin*, 907 F.2d 573, 580 (5th Cir. 1990); *Caston v. Sears, Roebuck & Co.*, 556 F.2d 1305, 1309 (5th Cir. 1977); *see also, Salmon v. Corpus Christi Independent School District*, 911 F.2d 1165 (5th Cir. 1990). After reviewing the current record, this court determines that appointment of counsel is premature. The record is insufficient for this court to make a preliminary determination as to the merits of plaintiff's case. There is inadequate information in the record as to plaintiff's independent attempts to secure counsel. Plaintiff's motion is denied at this time.

SIGNED on April 4, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge