IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAMBERT ADUMEKWE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-0659 |
| | § | |
| SECURITAS USA INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's prior rulings and its memorandum and opinion of even date, this case is dismissed with prejudice. The plaintiff, Lambert Adumekwe, is to pay the reasonable costs of court.

SIGNED on December 13, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge